# United States Bankruptcy Court
## Northern District Of Illinois
### Western Division

Page   1

In RE:   JUAN ROMERO, JR.  
706 RIDGE DRIVE  

MARENGO IL 60152

Case Number     11/23/2009

**09-71994  MB**

SS #:   xxx-xx-4180     xxx-xx-

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.  
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | DAVID M. SIEGEL & ASSOCIATES 790 CHADDICK DRIVE | ATTORNEY DAVID M. SIEGEL WHEELING,IL 60090- | 07/17/2009 | 3,774.00 | 3,774.00 Paid Direct ( 650.00) | 0.00 | Legal | 100.00 |
| 001-0 | AMERICAN HOME MORTGAGE SERVICI BLDG 200  STE 102 | 4600 TOUCHTON RD JACKSONVILLE,FL 32246- | 05/22/2009 | 237,288.22 | 0.00 | 0.00 | Direct | |
| 002-0 | AMERICAN HOME MORTGAGE SERVICI BLDG 200  STE 102 | 4600 TOUCHTON RD JACKSONVILLE,FL 32246- | 05/22/2009 | 38,001.00 | 38,001.00 | 0.00 | Secured | 100.00 |
| 003-0 | BENEFICIAL / HFC | PO BOX 1547 CHESAPEAKE,VA 23327- | | 0.00 | 0.00 | 0.00 | Direct | |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.  
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall  
be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer  
----------------------------------------  
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on _____          By _____