UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                    CHAPTER 13

JUAN ROMERO, JR.                                          CASE NO. 09-71994

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Ocwen Loan Servicing LLC            **Court claim #:** (if known)

**Last four digits** of any number used to identify the debtor's account:  3645

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $38,001.00 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $38,001.00 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/3/2014                      /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 3RD Day of October, 2014.

Dated:   10/3/2014                      /s/Cynthia K. Burnard

OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
1661 WORTHINGTON RD  SUITE 100
WEST PALM BEACH, FL 33409

AMERICAN HOME MORTGAGE INC.
PO BOX 660029
DALLAS, TX  75266-0029

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

JUAN ROMERO, JR.
706 RIDGE DRIVE
MARENGO, IL  60152

DAVID M. SIEGEL & ASSOC.
790 CHADDICK DRIVE
WHEELING, IL  60090